UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMANDA SCHAEFER, individually and on
behalf of others similarly situated

        Plaintiff,

v.                                       Case No:   2:15-cv-444-FtM-38CM

SEATTLE SERVICE BUREAU, INC. and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendants.

| JUDGE: | Sheri Polster Chappell | COUNSEL FOR PLAINTIFF | MARIA ALAIMO |
|---|---|---|---|
| DEPUTY CLERK: | Leslie M. Friedmann | COUNSEL FOR DEFENDANT: | David Allen, Esq. Ernest Kohlmyer, III, Esq. |
| COURT REPORTER | Lori Bundy | | |
| DATE/TIME | November 30, 2015 01:45 PM | | |

## Preliminary Pretrial Conference

Start Time:   1:45 PM    Court convenes.  Maria Alaimo, Esq., appeared on behalf of the Plaintiff.  David Allen, Esq., appeared for State Farm Insurance. Ernest Kohlmyer, III, Esq., appeared via telephone on behalf of Seattle Service Bureau. The parties discussed the posture of the case.  Defense Counsel David Allen indicates the case should be a track 3 and that the case is essentially a class action. Counsel further requests that the case management report is ready to be adopted.  Court discusses the proposed case management dates. Court will issue the case management and scheduling order under separate notice.  Court adjourned.

End time:   2:10 PM